**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0004 AG (MLGx) | Date | January 19, 2010 |
|---|---|---|---|
| Title | SANG KYEUN SUN v. BANK OF AMERICA CORP., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:**        **[IN CHAMBERS] ORDER TO SHOW CAUSE RE REMAND**

Plaintiff Sang Kyeun Sun ("Plaintiff") filed this case in state court. Defendants Bank of America Corporation and Recontrust Company, N.A. (collectively "Defendants") removed this case to federal court, stating that the Court has diversity jurisdiction over this case. One Defendant, Recontrust Company, N.A., is a citizen of the same state as Plaintiff, which would normally destroy diversity jurisdiction. But Defendants argue that diversity jurisdiction exists because Recontrust was fraudulently joined.

Because at least one defendant is not diverse from at least one plaintiff, the Court ORDERS Defendants to show cause in writing by January 26, 2010 why this action should not be remanded to state court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1332; *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267 (1806). Plaintiff may file a response by February 2, 2010. The parties' arguments should keep in mind this Court's decision in *Padilla v. AT&T Corp., et al.*, Order Granting Motion to Remand, SACV 09-0471 AG (ANx) (December 18, 2009), which the Court has attached for the parties' reference and which dealt with the issues of a purported sham defendant and the assessment of fees and costs.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 10-0004 AG (MLGx) | Date | January 19, 2010 |
| Title | SANG KYEUN SUN v. BANK OF AMERICA CORP., et al. | | |

                                                                 : 0

Initials of Preparer